UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 8:15-cr-92-T-17AEP

CEDRIC CLARK

## FORFEITURE MONEY JUDGMENT

THIS CAUSE comes before the Court upon the United States of America's
_(Dkt. 57)_
motion for a forfeiture money judgment against the defendant in the amount of

$637,621.62.

Being fully advised of the relevant facts, the Court hereby finds that at least

$637,621.62 in proceeds was obtained from the conspiracy and the mail fraud

scheme to which the defendant pled guilty.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the

United States' motion is GRANTED. _(Dkt. 57)._

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 981(a)(1)(C), 28

U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure,

the defendant shall be held jointly and severally liable with any convicted

co-conspirators for a forfeiture money judgment in the amount of $637,621.62.

It is FURTHER ORDERED that, upon entry, this order shall become a final

order of forfeiture as to the defendant.

CASE No. 8:15-CR-92-T-17 AEP

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and for any substitute assets that the United States may be entitled to seek up to the amount of the forfeiture money judgment.

DONE and ORDERED in Tampa, Florida, this ____18th____ day of __AUGUST_____, 2016.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Amanda C. Kaiser, AUSA
Counsel of Record